IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH,                  )
                                 )
            Plaintiff,           )        8:13CV85
                                 )
      v.                         )
                                 )
WERNER ENTERPRISES, INC.,        )        ORDER AND JUDGMENT
d/b/a WERNER TRUCKING, and       )
DRIVERS MANAGEMENT, LLC,         )
                                 )
            Defendants.          )
_____ )
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) The defendants' motion for summary judgment (Filing No. 32) is granted.

2) The plaintiff's claim is dismissed with prejudice.

3) All other pending motions are denied as moot.

DATED this 1st day of July, 2014.

                                   BY THE COURT:

                                   /s/ Lyle E. Strom
                                   _____
                                   LYLE E. STROM, Senior Judge
                                   United States District Court