IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
YASSINE BAOUCH,                      )
                                     )
              Plaintiff,             )       8:13CV85
                                     )
       v.                            )
                                     )
WERNER ENTERPRISES, INC.,            )       ORDER
d/b/a WERNER TRUCKING, and           )
DRIVERS MANAGEMENT, LLC,             )
                                     )
              Defendants.            )
_____ )
```

This matter is before the Court on defendants' withdrawal of bills of costs (Filing No. 57).  Pursuant thereto,

IT IS ORDERED that defendants' bill of costs (Filing No. 55) is deemed withdrawn, and each party shall pay its own costs.

DATED this 5th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court